## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08- 136 |
| | ) |
| CHARLES L. BROWN, a.k.a. | ) |
| CHAS BROWN | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 11, 2008, in the State and District of Delaware, Charles L. Brown, a.k.a., Chas Brown, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Taurus 9 mm model P111 handgun, serial number TZC01092, after having been convicted on or about July 7, 1999, of a crime punishable by imprisonment for a term exceeding one year, in the Delaware County, Pennsylvania, Court of Common Pleas, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT TWO

On or about July 11, 2008, in the State and District of Delaware, Charles L. Brown, a.k.a., Chas Brown, defendant herein, did knowingly possess with the intent to distribute five grams or more of a mixture and substance containing a detectible amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT THREE

On or about July 11, 2008, in the State and District of Delaware, Charles L. Brown, a.k.a.,

Chas Brown, defendant herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **NOTICE OF FORFEITURE**

Upon conviction of one or more of the offenses alleged in Counts One, Two and Three of this Indictment, defendant Charles L. Brown, a.k.a., Chas Brown, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), any property, real and personal, that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the above offense(s); all property, real or personal, that was used to facilitate, or was intended to be used to facilitate the commission of the offense(s); and, all firearms and ammunition involved in the commission of the offense(s), including but not limited to the following:

> a Taurus 9 mm model P111 handgun, serial number TZC01092, and any ammunition contained therein; and
>
> $1,900 in United States currency.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (a) cannot be located upon the exercise of due diligence;
> (b) has been transferred or sold to, or deposited with, a third party;
> (c) has been placed beyond the jurisdiction of the court;
> (d) has been substantially diminished in value; or
> (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up

to the value of the forfeitable property described above.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: Shannon T. Hanson
Assistant United States Attorney

Dated: August 26, 2008