IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 08- 136 |
| ) | |
| CHARLES L. BROWN ) | |
| aka CHAS BROWN  ) | |

**MOTION AND ORDER FOR ARREST WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Charles L. Brown aka Chas Brown as a result of the Indictment returned against him on August 26, 2008.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: August 26, 2008

AND NOW, this __26__ day of __August__, 2008, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest of Charles L. Brown.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge